**ROCKARD J. DELGADILLO,** City Attorney, (SBN 125465)
**MICHAEL L. CLAESSENS,** Senior Assistant City Attorney, (SBN 125379)
**ANGEL MANZANO, JR.**, Assistant City Attorney (SBN 73889)
**KELLY C. CROCKETT**, Deputy City Attorney (SBN 233858)
200 North Main Street
700 City Hall East
Los Angeles, California 90012-4130
Telephone: (213) 978-2704
Facsimile: (213) 978-2211
E-Mail:  kelly.crockett@lacity.org

Attorneys for Defendant,
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT McNABB, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, and DOES 1 through 100, inclusive, <br><br> Defendants. | **CASE NO:  CV 08-00189-GW (PJWx)** <br> **Complaint Filed: November 14, 2007** <br><br> *[Assigned to the Honorable George H. Wu]* <br><br> **JUDGMENT** |

This action came on for hearing before the Court, on June 5, 2008, Honorable George H. Wu, District Judge Presiding, on a Motion for Judgment on the Pleadings, and after the briefs and arguments of counsel and all other matters presented to the Court

1

---

**(PROPOSED) JUDGMENT**

having been fully considered, the issues having been duly heard and a decision having been duly rendered granting the Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of the defendant City of Los Angeles ("Defendant") and against plaintiff Robert McNabb ("Plaintiff") on Plaintiff's Complaint in this action;

2. Plaintiff shall take nothing from this action; and

3. Defendant is awarded its costs incurred in this action.

Dated: June 13, 2008

_____
The Honorable George H. Wu
United States District Judge